AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

TIMOTHY GARDNER, TECK ELECTRIC, LLC, and PETER STRICKLAND,

Plaintiffs,

v.

STEPHEN JESSUP, in his individual and official capacity,

Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 2:24-cv-11

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order entered June 26, 2025, Defendant's motion to dismiss is granted in part. Judgment is hereby entered in favor of Defendant as to Plaintiffs' federal claims, and this case stands closed.

Approved by: _/s/_
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

June 27, 2025
Date

John E. Triplett, Clerk of Court
Clerk

_/s/ Jamie Hodge_
(By) Deputy Clerk