# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### Brunswick Division

TIMOTHY GARDNER, et al.,    )
                                 )

    Plaintiffs/Appellants,    )
                                 )        2:24cv011

v.                            )
                                 )

STEPHEN JESSUP, individually and )
in official capacity as sheriff of    )
McIntosh County,              )
                                 )

    Defendant/Appellee.      )

## ORDER

The appeal in the above-styled action having been affirmed and remanded

with instructions by the U.S. Court of Appeals for the Eleventh Circuit,

IT IS HEREBY ORDERED that the Mandate of the U.S. Court of Appeals

for the Eleventh Circuit is made the Order of this Court.

This 29 day of June, 2026.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA