# In the United States District Court for the Southern District of Georgia Brunswick Division

| | |
|---|---|
| PETER STRICKLAND,<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN JESSUP, individually and in official capacity as Sheriff of McIntosh County,<br><br>Defendant. | CV 2:24-011 |

## ORDER

Pursuant to the Court's Order dated October 26, 2026, dkt. no. 67, Plaintiff Peter Strickland has filed a fourth amended complaint, dkt. no. 68. The fourth amended complaint supersedes the third amended complaint. Dresdner Bank AG v. M/V Olympia Voyager, 463 F.3d 1210, 1215 (11th Cir. 2006) (An amended pleading "supersedes the former pleading" such that "the original pleading is abandoned by the amendment, and is no longer a part of the pleader's averments against his adversary." (internal quotation marks and citation omitted)); see also Fritz v. Standard Sec. Life Ins. Co., 676 F.2d 1356, 1358 (11th Cir. 1982) ("Under the Federal Rules, an amended complaint supersedes the original complaint." (citations omitted)). Accordingly, Defendant's motion to dismiss the third amended complaint, dkt. no. 57, has been rendered moot.

Defendant's motion to dismiss, dkt. no. 57, is therefore **DENIED as moot**. Should Defendant wish to renew his motion to dismiss with regard to the fourth amended complaint, he is granted leave to do so within the time prescribed by the Federal Rules of Civil Procedure.

**SO ORDERED**, this 3 day of November, 2026.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA